U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:    10 C 6736

ARI BALABANIAN and DATA BUSINESS SOLUTIONS, Plaintiff,

v.

THOMSON REUTERS (LEGAL) INC. d/b/a THOMSON REUTERS and d/b/a WESTLAW, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendant, THOMSON REUTERS (LEGAL) INC.

| | |
|---|---|
| NAME (Type or print)  Jeffrey H. Bergman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Jeffrey H. Bergman | |
| FIRM  Ungaretti & Harris, LLP | |
| STREET ADDRESS  70 West Madison Street, Suite 3500 | |
| CITY/STATE/ZIP  Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06194442 | TELEPHONE NUMBER  312-977-4402 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL                    APPOINTED COUNSEL | |