**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARI BALABANIAN and DATA BUSINESS SOLUTIONS, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 10 C 6736 |
| vs. | ) ) | Judge Gottschall |
| THOMSON REUTERS (LEGAL) INC. d/b/a THOMSON REUTERS and d/b/a WESTLAW, | ) ) ) | Magistrate Valdez |
| Defendant. | ) | |

**STIPULATION TO DISMISSAL WITH PREJUDICE**

      Plaintiffs, Ari Balabanian and Data Business Solutions, and Defendant, Thomson Reuters (Legal) Inc., as evidenced by the signatures of their respective counsel appearing below, do hereby stipulate and agree that this Cause be dismissed with prejudice and without costs or attorneys' fees, the Parties to bear their own costs and attorneys' fees.

*Stipulated and Agreed:*

/s/ Jeffrey H. Bergman                          /s/ Rick M. Schoenfield

Ungaretti & Harris, LLP                    DiVincenzo Schoenfield Swartzman
Attorney for Defendant                     Attorney for Plaintiffs
Thomson Reuters (Legal) Inc.            Ari Balabanian and Data Business Solutions

Dated: August 10, 2011                      Dated: August 10, 2011

Prepared By:
Jeffrey H. Bergman (ARDC # 06194442)
Michael J. Neville (ARDC # 6300421)
Attorney for the Defendant
Thomson Reuters (Legal) Inc.
Ungaretti & Harris LLP
70 West Madison, Suite 3500
Chicago, Illinois 60602
312-977-4400